**Paul Smith**

---

| | |
|---|---|
| **From:** | Matt Sichi <msichi@fdlegal.com> <msichi@fdlegal.com> |
| **Sent:** | Monday, March 20, 2023 9:56 AM |
| **To:** | John J. Myers; Paul Smith |
| **Cc:** | Kasey Diba, Esq.; Rosalyn Truong; Engels J. Tejeda; Kody L. Condos |
| **Subject:** | [EXTERNAL] Re: HIH v. Net Health - CONFIDENTIAL SETTLEMENT COMMUNICATIONS |

Thank you, John. We'll send over a draft shortly.

---

**From:** John J. Myers <JMyers@eckertseamans.com>
**Sent:** Monday, March 20, 2023 7:48:22 AM
**To:** Matt Sichi <msichi@fdlegal.com>; 'psmith@parsonsbehle.com' <psmith@parsonsbehle.com>
**Cc:** Kasey Diba, Esq. <kdiba@fdlegal.com>; Rosalyn Truong <Rtruong@fdlegal.com>; Engels J. Tejeda <EJTejeda@hollandhart.com>; Kody L. Condos <KLCondos@hollandhart.com>
**Subject:** RE: HIH v. Net Health - CONFIDENTIAL SETTLEMENT COMMUNICATIONS

Net Health would agree to this walk-away deal.  Do you want to draft a document?  The dismissal must be with prejudice.



**John J. Myers**
Member

Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor  |  Pittsburgh, PA 15219
📞 412-566-5900   |   📠 412-566-6099   |   📱 412-302-4815
✉️ JMyers@eckertseamans.com

BIO: 👤 VCARD: 📇  |  🌐 in 🐦

*Celebrating 65 years of dedicated community & client service*

This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message.

**From:** Matt Sichi <msichi@fdlegal.com>
**Sent:** Friday, March 17, 2023 2:03 PM
**To:** John J. Myers <JMyers@eckertseamans.com>; 'psmith@parsonsbehle.com' <psmith@parsonsbehle.com>
**Cc:** Kasey Diba, Esq. <kdiba@fdlegal.com>; Rosalyn Truong <Rtruong@fdlegal.com>; Engels J. Tejeda <EJTejeda@hollandhart.com>; Kody L. Condos <KLCondos@hollandhart.com>
**Subject:** [External] HIH v. Net Health - CONFIDENTIAL SETTLEMENT COMMUNICATIONS

John,

I hope this finds you well. I trust that you have had the opportunity to review and digest the March 9, 2023, ruling on your motion to dismiss. I would like to speak with you about next steps in this case—specifically whether we can secure a mutual walk-away with each party to bear their own costs and fees, in exchange for HIH waiving its right to an amendment or appeal. Please let me know your and your client's thoughts on this. I am available for a telephonic later today or this week to further discuss.

*The contents of this letter are protected pursuant to FRE Rule 408 and may not be introduced as evidentiary matter in any proceedings inclusive of trial, as it pertains to settlement. Nor does this letter constitute a complete or exhaustive statement of all my clients' rights, claims, contentions or legal theories and all contents of this letter are subject to further inquiry and investigation.  Nothing stated herein is intended as, nor should be deemed to constitute a waiver or relinquishment of any of my clients' rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.*

Best,
Matthew Sichi, Esq.

**FINNEGAN & DIBA**
A LAW CORPORATION

3660 Wilshire Blvd., Suite 800
Los Angeles, CA 90010
Tel: (213)480-0292
Fax: (213)480-0805
msichi@fdlegal.com

==================================
This message contains information which may be confidential and privileged.
Unless you are the addressee ( or authorized to receive for the addressee),
you may not use, copy, or disclose to anyone the message or any information
contained in the message. If you have received the message in error, please
advise the sender by reply email to msichi@fdlegal.com, and delete the message.
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please contact the
sender by reply e-mail, and destroy all copies of the original message in accordance
with Rico vs. Mitsubishi Motors Corp. (2007) 42 Cal.4th 807, 817, 68 Cal.Rptr.3d 758.